

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00035-CV

| | | |
|---|---|---|
| Scarlette Rafferty Elliott and Sean Paul Rafferty | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2013-02633) |
| v. | § | June 11, 2015 |
| Birchman Baptist Church | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston